MINUTE ENTRY
SHUSHAN, M.J.
June 14, 2016

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**JOSEPH THOMPSON, JR.**                                **CIVIL ACTION**

**VERSUS**                                              **NO: 15-3691-JCZ-SS**

**TERREBONNE PARISH
CONSOLIDATED GOVERNMENT**


    Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

                                                             **SALLY SHUSHAN
United States Magistrate Judge**

```
MJSTAR: 01:50
```